IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARLEY-DAVIDSON CREDIT CORP., | CASE NO. 5:12-cv-01864 EJD |
| Plaintiff(s), | **ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| MONTEREY MOTORCYCLES, INC., et. al., | |
| Defendant(s). | |

Having reviewed and considered Defendant Judson V. Dabney, II's Preliminary Opposition (Docket Item No. 26) and good cause appearing therefor, the request to continue the hearing on Plaintiff Harley-Davidson Credit Corp.'s Motion for Preliminary Injunction and Order to Show Cause is GRANTED. The hearing is rescheduled for **May 10, 2012, at 1:30 p.m.** Plaintiff's request for a telephonic conference (Docket Item No. 26) is DENIED.

The Temporary Restraining Order issued April 16, 2012 (Docket Item No. 13) shall remain in full force and effect until the rescheduled hearing date.

**IT IS SO ORDERED.**

Dated: April 25, 2012

_____
EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-01864 EJD
ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION