STEVEN SANDLER, ESQ., CSB# 167167
DANIEL C. FLEMING, ESQ., appearing *pro hac vice*
WONG FLEMING, PC
20335 Ventura Boulevard, Suite 200
Woodland Hills, CA 91364
(818) 710-7277
(818) 475-5114 FAX
ssandler@wongfleming.com

Attorneys for Plaintiff Harley-Davidson Credit Corp.

**IT IS SO ORDERED**
Judge Edward J. Davila
7/11/2012

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| HARLEY-DAVIDSON CREDIT CORP., | : |
| | : No. 5:12-cv-01864-EJD |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MONTEREY MOTORCYCLES, INC. a | : |
| corporation; JUDSON V. DABNEY II, an | : PLAINTIFF'S NOTICE OF DISMISSAL |
| individual; ROGER B. GILBERT, an | : WITHOUT PREJUDICE AND WITHOUT |
| individual; LESTER O. VEIK, an individual; | : COSTS |
| and KYLE DALTON, an individual, | : |
| | : |
| Defendants. | : |

1

Notice of Dismissal
No. 5:12-cv-01864-EJD

1 Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Harley-
2 Davidson Credit Corporation, by and through its counsel, Daniel C. Fleming, appearing *pro hac vice*,
3 hereby dismisses all claims made in the above-captioned matter, *without prejudice* and *without costs*,
4 as to all named Defendants.

5 To date, Defendants have failed to file either an answer or a motion for summary judgment in
6 the above-captioned matter, and only one Defendant, Judson V. Dabney II, has entered an appearance.

Date:   July 10, 2012                                        WONG FLEMING, PC

                                         By:

                                              /s/ Daniel C. Fleming
                                              DANIEL C. FLEMING, ESQ.,
                                              Attorney for Plaintiff
                                              Harley-Davidson Credit Corp.

   IT IS SO ORDERED
   The Clerk shall close this file.

   Dated: July 11, 2012

                                              _____
                                              United States District Judge